HARRY LEVIN, Respondent, *v.* FRANK M. HILL et al., Defendants, and WILLIAM R. ROSE, Appellant.

*Levin* v. *Hill*, 117 App. Div. 472, affirmed.
(Argued October 7, 1908; decided October 23, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover an amount paid as consideration for the assignment of a contract for the sale of certain real property.

· *Benjamin G. Paskus* for appellant.

*William Goldsticker* and *Henry M. Flateau* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

PAUL M. SCHLICHTER et al., Respondents, *v.* GUARANTEE CONSTRUCTION COMPANY, Appellant.

*Schlichter* v. *Guarantee Constr. Co.*, 118 App. Div. 906, affirmed.
(Argued October 7, 1908; decided October 23, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 3, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover on contract.

*Rollin Tracy* and *Charles E. F. McCann* for appellant.

· *George H. Francoeur* and *Warren Leslie* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.